

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| THE STATE OF TEXAS, | § | No. 08-09-00175-CR |
|  | § |  |
| Appellant, | § | Appeal from |
|  | § |  |
| v. | § | County Criminal Court at Law No. 1 |
|  | § |  |
| VANESSA M. MENDOZA, | § | of El Paso County, Texas |
|  | § |  |
| Appellee. | § | (TC # 20080C01360) |
|  | § |  |

## J U D G M E N T

The Court has considered this cause on the record and concludes State's appeal should be dismissed as moot, in accordance with the opinion of this Court. We therefore dismiss the appeal. We further order that this decision be certified below for observance.

IT IS SO ORDERED THIS 30TH DAY OF JULY, 2014.


ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.
Rodriguez, J., not participating